UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**TERRI PAIGE RILEY**                                                  **PLAINTIFF**

VS.                                          CAUSE NO. 3:09CV674HTW-LRA

**BLUE CROSS & BLUE SHIELD OF
MISSISSIPPI AND THE ELECTRIC
POWER ASSOCIATION OF MISSISSIPPI
GROUP BENEFITS TRUST**                                  **DEFENDANTS**

## NOTICE OF SERVICE OF PRE-DISCOVERY DISCLOSURE INFORMATION BY BLUE CROSS BLUE SHIELD OF MISSISSIPPI, A MUTUAL INSURANCE COMPANY

Notice is hereby given that on December 30, 2009, Blue Cross disclosed to counsel for the Plaintiff and counsel for The Electric Power Association of Mississippi Group Benefits Trust Plan the information required by Uniform Local Rule 26.1(A) and Rule 26(a)(1) of the Federal Rules of Civil Procedure.

This the 30th day of December, 2009.

                                         Respectfully Submitted,

                                         **BLUE CROSS BLUE SHIELD OF
MISSISSIPPI, A MUTUAL INSURANCE
COMPANY**

                                         By: /s/ Cheri D. Green
                                                   One of Its Attorneys

OF COUNSEL:
CHERI D. GREEN, MSB #4988
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, Mississippi 39201
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

00888102                                           1

## CERTIFICATE OF SERVICE

I, Cheri D. Green, certify that I caused to be electronically filed the foregoing with the Clerk of the Court using the ECF system which is to send notification of such filing to counsel.

Grady L. "Mac" McCool, III
TCG & McCool, PLLC
120 N. Congress St., Suite 220
Jackson, MS  39201
mac@tcgmccool.com

Jeffrey D. Knight
Tabor, Chhabra & Gibbs, P.A.
120 N. Congress St., Suite 200
Jackson, MS  39201
jknight@tcglegal.com

Amanda M. Urbanek
Daniel Coker Horton & Bell
P. O. Box 1396
Oxford, MS  38655-1396
aurbanek@danielcoker.com

Bradley F. Hathaway
Campbell DeLong
P. O. Box 1856
Greenville, MS  38702-1856
bhathaway@campbelldelongllp.com

This the 30th day of December, 2009.

/s/  Cheri D. Green
CHERI D. GREEN