IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TERRI PAIGE RILEY                                                                                         PLAINTIFF

V.                                                             CIVIL ACTION NO. 3:09cv674 HTW-LRA

BLUE CROSS & BLUE SHIELD OF MISSISSIPPI
AND THE ELECTRIC POWER ASSOCIATION
OF MISSISSIPPI GROUP BENEFITS TRUST                                          DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT

COMES NOW The Electric Power Associations of Mississippi Group Benefits Trust Plan, erroneously named The Electric Power Association of Mississippi Group Benefits Trust in plaintiff's Complaint, one of the defendants in the above-referenced matter, and makes the following Corporate Disclosure Statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure:

Defendant, The Electric Power Associations of Mississippi Group Benefits Trust Plan, is not a stock company and has no parent corporation.

Respectfully submitted,

THE ELECTRIC POWER ASSOCIATIONS
OF MISSISSIPPI GROUP BENEFITS TRUST
PLAN

By: /s/Amanda M. Urbanek
      OF COUNSEL

AMANDA M. URBANEK, ESQ.
aurbanek@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
265 N. LAMAR BLVD., SUITE R
POST OFFICE BOX 1396
OXFORD, MISSISSIPPI 38655-1396
(662) 232-8979

## **CERTIFICATE**

I, hereby certify that on January 8, 2009, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to counsel who have electronically registered with the Court, and I hereby certify that I have mailed by United States Postal Service the document to the non-ECF participants.  The following is a list of all counsel of record or parties regardless whether electronically notified by the Court or sent via United States Postal Service by this Firm:

>Grady L. McCool, III, Esq.
>T.C.G. & McCool, PLLC
>120 North Congress Street, Suite 220
>Jackson, MS 39201
>
>Jeffrey D. Knight, Esq.
>P.O. Box 584
>Jackson, MS 39205
>
>Cheri D. Green, Esq.
>Brunini, Grantham, Grower & Hewes, PLLC
>P. O. Drawer 119
>Jackson, MS 39201

/s/Amanda M. Urbanek