IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TERRI PAIGE RILEY                                                                                      PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:09cv674 HTW-LRA

BLUE CROSS & BLUE SHIELD OF MISSISSIPPI and
THE ELECTRIC POWER ASSOCIATION OF MISSISSIPPI
GROUP BENEFITS TRUST                                                                        DEFENDANTS

**NOTICE OF SERVICE OF INITIAL DISCLOSURES**
**BY THE ELECTRIC POWER ASSOCIATIONS OF**
**ASSOCIATIONS OF MISSISSIPPI GROUP BENEFITS TRUST PLAN**

Notice is hereby given that on February 11, 2010, The Electric Power Associations of Mississippi Group Benefits Trust Plan disclosed to counsel for the plaintiff and counsel for Blue Cross Blue Shield of Mississippi the information required by Uniform Local Rule 26.1(A) and Rule 26(a)(1) of the Federal Rules of Civil Procedure.

This the 11th day of February, 2010.

                                                Respectfully submitted,

                                                THE ELECTRIC POWER ASSOCIATIONS
                                                OF MISSISSIPPI GROUP BENEFITS TRUST PLAN


                                  By:    /s/Amanda M. Urbanek
                                           OF COUNSEL

AMANDA M. URBANEK – MSB # 100425
LARRY D. MOFFETT - MSB # 3401
DANIEL, COKER, HORTON & BELL, P.A.
265 NORTH LAMAR BLVD., SUITE R.
POST OFFICE BOX 1396
OXFORD, MISSISSIPPI  38655-1396
(662) 232-8979

BRADLEY HATHAWAY- MSB # 10203
CAMPBELL DELONG LLP
923 WASHINGTON AVE.
POST OFFICE BOX 1856 (38702)
GREENVILLE, MS 38701
(662) 335-6011

## CERTIFICATE

I, hereby certify that on February 11, 2010, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to counsel who have electronically registered with the Court, and I hereby certify that I have mailed by United States Postal Service the document to the non-ECF participants. The following is a list of all counsel of record or parties regardless whether electronically notified by the Court or sent via United States Postal Service by this Firm:

>Grady L. McCool, III, Esq.
>T.C.G. & McCool, PLLC
>120 North Congress Street, Suite 220
>Jackson, MS 39201
>
>Jeffrey D. Knight, Esq.
>P.O. Box 584
>Jackson, MS 39205
>
>Cheri D. Green, Esq.
>Brunini, Grantham, Grower & Hewes, PLLC
>P. O. Drawer 119
>Jackson, MS 39201

/s/Amanda M. Urbanek