UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**TERRI PAIGE RILEY**                                                **PLAINTIFF**

v.                                        CIVIL ACTION NO. 3:09cv674 HTW-LRA

**BLUE CROSS & BLUE SHIELD OF MISSISSIPPI
AND THE ELECTRIC POWER ASSOCIATION
OF MISSISSIPPI GROUP BENEFITS TRUST**                   **DEFENDANTS**

### NOTICE OF SERVICE OF INITIAL DISCLOSURES BY THE PLAINTIFF, TERRI PAIGE RILEY

Notice is hereby given that on February 11, 2010, the Plaintiff, Terri Paige Riley disclosed to counsel for the Defendants Blue Cross & Blue Shield of Mississippi and The Electric Power Associations of Mississippi Group Benefits Trust the information required by Uniform Local Rule 26.1(A) and Rule 26(a)(1) of the Federal Rules of Civil Procedure.

This the 11th day of February, 2010.

                                                           Respectfully submitted,

                                                           TERRI PAIGE RILEY

                                    By:     /s/ Grady L. "Mac" McCool, III
                                                           OF COUNSEL

GRADY L. "MAC" MCCOOL, III, MSB #100695
TCG & McCOOL, PLLC
120 North Congress Street, Suite 220
Jackson, Mississippi 39201
Telephone: (601) 326-0560
Facsimile: (601) 914-1511
mac@tcgmccool.com

JEFFREY D. KNIGHT, MSB # 102335
JEFFREY D. KNIGHT, ATTORNEY
Post Office Box 584
Jackson, Mississippi 39205
Telephone: (601) 613-9389
jeffreykn@bellsouth.net

## CERTIFICATE OF SERVICE

I, Grady L. "Mac" McCool, III, certify that I caused the be electronically filed the foregoing with the Clerk of the Court using the ECF system which is to send notification of such filing to counsel:

Cheri D. Green, MSB # 4988
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, Mississippi 39201
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
cgreen@brunini.com

Amanda M. Urbanek, MSB # 100425
Larry D. Moffett, MSB # 3401
Daniel, Coker, Horton & Bell, P.A.
265 North Lamar Boulevard, Suite R
Post Office Box 1396
Oxford, Mississippi 38655-1396
Telephone: (662) 232-8979
aurbanek@danielcoker.com

Bradley F. Hathaway, MSB # 10203
Campbell DeLong, LLP
923 Washington Avenue
Post Office Box 1856
Greenville, Mississippi 38702-1856
Telephone: (662) 335-6011
bhathaway@campbelldelongllp.com

This the 11th day of February, 2010.

  /s/ Grady L. "Mac" McCool, III
GRADY L. "MAC" McCOOL, III