UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TERRI PAIGE RILEY                                                                               PLAINTIFF

v.                                                                      CIVIL ACTION NO.  3:09cv674-HTW-LRA

BLUE CROSS & BLUE SHIELD
OF MISSISSIPPI, *et al.*                                                                      DEFENDANTS

## CASE MANAGEMENT ORDER

This case management order can be modified only by order of the Court upon a showing of good cause.   IT IS HEREBY ORDERED:

1.   **Case Track**:   **Standard**

2.   **Disclosure**:   completed

3.   **Early Filing of Motions**:   Summary Judgment motions have been filed.

4.   **Specific Discovery Provisions or Limitations**:

Interrogatories, request for production and admissions are limited to **25** of each.

Depositions are limited to parties, experts and no more than **5** fact witnesses.

_____ a.   Plaintiff must execute a waiver of medical privilege.

_____ b.   Defendant may have a local IME (within subpoena range of Court) with a doctor who has not examined plaintiff.  IME must be completed in time to comply with expert designation deadlines.

_____c.   Other_____

_____

5.   **Consent to Trial by Magistrate Judge**:

The parties do **not** consent to trial by Magistrate Judge.

6. **Scheduling Order**:

    a.    Motions for joinder of parties /Amendments to the pleadings    **March 22, 2010**

    b.    Plaintiff(s) designation of experts    **July 22, 2010**

    c.    Defendant(s) designation of experts    **August 23, 2010**

    d.    Discovery    **October 22, 2010**

    e.    Dispositive motions

    *In limine* motions **ten** days before the pretrial conference with responses due **five** days before the pretrial conference.

    All other motions, including motions challenging an opposing party's expert    **November 5, 2010**

    f.    Settlement conference    **March 18, 2010 at 2:30 P.M.**

    U.S. Magistrate Judge Linda R. Anderson, James Eastland Courthouse
245 E. Capitol Street, Fifth Floor, Hearing Room 526, Jackson, MS

    *NOTE: All parties shall attend unless excused by the Court.*
***ONE WEEK PRIOR TO THE CONFERENCE***, the parties shall submit via e-mail an **updated** Confidential Settlement Memorandum.  If the parties are of the opinion that a Settlement Conference will not be productive at the scheduled time, they are directed to inform the Court of the specific reasons therefor via e-mail at least **one week** prior to the scheduled conference.

    g.    Pretrial conference    **Feb. 9 or 10, 2011**
    Chief Judge Henry T. Wingate at a time to be determined by the Court.

    h.    Set for **BENCH** trial
    Reserved two-week trial period beginning    **February 22, 2011**
    Estimated time of trial    **2 days**

    i.    Conflicts:    None
    (The court will only consider conflicts specified in this order.)

SO ORDERED February 23, 2010.

    *s/Linda R. Anderson*
UNITED STATES MAGISTRATE JUDGE