AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| Terri Paige Riley | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 3:09CV674 HTW-LRA |
| Blue Cross & Blue Shield of MS and The Electric Power Assocation of MS Group Benefits Trust | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Electric Power Association of MS Group Benefits Trust
Attn: Michael Callahan
665 Highland Colony Parkway
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: NOV 1 0 2009            _____
                                _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Electric Power Association of MS Group Benefits Trust**
was received by me on *(date)* **12-7-09**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Michael Callahan (served Ty Hawel**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Electric Power Assoc. of MS Group Benefits Trust** on *(date)* **12-07-09** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **12-7-09**

*Mack D. Lofton*
Server's signature

**MACK D. LOFTON**
Printed name and title

**144 W. McDowell Rd
Jackson MS 39204**
Server's address

Additional information regarding attempted service, etc: