AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

Terri Paige Riley )
          *Plaintiff* )
v. ) Civil Action No. 3:09CV674HTW-LRA
Blue Cross & Blue Shield of MS and The Electric )
Power Assocation of MS Group Benefits Trust )
          *Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Blue Cross & Blue Shield Of MS
Honorable Mike Chaney
Mississippi Insurance Department
1001 Woolfolk State Office Building
501 N. West St.
Jackson, MS 39201

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: NOV 1 0 2009          */s/ M Beard*
                                                          *Signature of Clerk or Deputy Clerk*


AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Blue Cross/Blue Shied of MS__
was received by me on *(date)* __12-7-09__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Elizabeth Bell cassid to Mike Clancy__, who is designated by law to accept service of process on behalf of *(name of organization)* __Blue Cross Blue Shield of MS__ on *(date)* __12-07-2009__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __12-7-2009__

__Mack D. Lofton__
*Server's signature*

__MACK D. LOFTON__
Printed name and title

__144 W. McDowell Rd__
__Jackson MS 39204__
*Server's address*

Additional information regarding attempted service, etc: