IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TERRI PAIGE RILEY                                           PLAINTIFF

V.                                                    NO. 3:09CV674HTW-LRA

BLUE CROSS & BLUE SHIELD OF MISSISSIPPI
and THE ELECTRIC POWER ASSOCIATION OF
MISSISSIPPI GROUP BENEFITS TRUST                  DEFENDANTS

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that the Electric Power Association of Mississippi Group Benefits Trust Plan, erroneously identified as The Electric Power Association of Mississippi Group Benefits Trust, has this date served in the above-entitled action:

1. The Electric Power Associations of Mississippi Group Benefits Trust Plan's First Set of Interrogatories Propounded to Plaintiff;
2. The Electric Power Associations of Mississippi Group Benefits Trust Plan's First Set of Requests for Admissions to Plaintiff; and
3. The Electric Power Associations of Mississippi Group Benefits Trust Plan's First Set of Requests for Production Propounded to Plaintiff.

The undersigned retains the original of the above documents as custodian in accordance with local rules.

**THIS,** the 22nd day of June, 2010.

                                          THE ELECTRIC POWER ASSOCIATIONS OF
                                          MISSISSIPPI GROUP BENEFITS TRUST PLAN

                                          By: *s/ Bradley F. Hathaway*
                                                BRADLEY F. HATHAWAY, MSB #10203

OF COUNSEL:

AMANDA M. URBANEK – MSB # 100425
LARRY D. MOFFETT - MSB # 3401
DANIEL, COKER, HORTON & BELL, P.A.
265 NORTH LAMAR BLVD., SUITE R.
POST OFFICE BOX 1396
OXFORD, MISSISSIPPI 38655-1396
(662) 232-8979


BRADLEY HATHAWAY- MSB # 10203
CAMPBELL DELONG, LLP
923 WASHINGTON AVE.
POST OFFICE BOX 1856
GREENVILLE, MS 38702-1856
(662) 335-6011
bhathaway@campbelldelongllp.com

## CERTIFICATE

I, hereby certify that on June 22, 2010, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to counsel who have electronically registered with the Court, and I hereby certify that I have mailed by United States Postal Service the document to the non-ECF participants. The following is a list of all counsel of record or parties regardless whether electronically notified by the Court or sent via United States Postal Service by this firm:

>Grady L. McCool, III, Esq.
>T.C.G. & McCool, PLLC
>120 North Congress Street, Suite 220
>Jackson, MS 39201
>
>Jeffrey D. Knight, Esq.
>P.O. Box 584
>Jackson, MS 39205
>
>Cheri D. Green, Esq.
>Brunini, Grantham, Grower & Hewes, PLLC
>P. O. Drawer 119
>Jackson, MS 39201

>*/s/ Bradley F. Hathaway*