UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**TERRI PAIGE RILEY**                                                                                    **PLAINTIFF**

v.                                                                             CIVIL ACTION NO. 3:09cv674 HTW-LRA

**BLUE CROSS & BLUE SHIELD OF MISSISSIPPI
AND THE ELECTRIC POWER ASSOCIATION
OF MISSISSIPPI GROUP BENEFITS TRUST**                                        **DEFENDANTS**

**NOTICE OF SERVICE OF DISCOVERY**

TO:     ALL COUNSEL

NOTICE IS HEREBY GIVEN that Blue Cross & Blue Shield of Mississippi and the Electric Power Association of Mississippi Group Benefits Trust, were served via email on July 21, 2010, and by mail on July 22, 2010, in the above entitled action with:

1. Plaintiffs Response to the Defendant Electric Power Associations of Mississippi Group Benefits Trust Plan's First Set of Requests for Admission to Plaintiff.

The undersigned retains the originals of the above pleadings as custodian thereof.

DATED:    July 21, 2010

                                                Respectfully submitted,

                                                TERRI PAIGE RILEY

                              By:     /s/ Grady L. "Mac" McCool, III
                                     GRADY L. "MAC" McCOOL, III

OF COUNSEL:

GRADY L. "MAC" MCCOOL, III, MSB #100695
TCG & McCOOL, PLLC
120 North Congress Street, Suite 220
Jackson, Mississippi 39201
Telephone: (601) 326-0560
Facsimile: (601) 326-0561
mac@tcgmccool.com


JEFFREY D. KNIGHT, MSB # 102335
JEFFREY D. KNIGHT, ATTORNEY
Post Office Box 584
Jackson, Mississippi 39205
Telephone: (601) 613-9389
jeffreyknightlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record who are currently on the list to receive e-mail notices for this case:

Cheri D. Green, MSB # 4988
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, Mississippi 39201
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
cgreen@brunini.com

Amanda M. Urbanek, MSB # 100425
Larry D. Moffett, MSB # 3401
Daniel, Coker, Horton & Bell, P.A.
265 North Lamar Boulevard, Suite R
Post Office Box 1396
Oxford, Mississippi 38655-1396
Telephone: (662) 232-8979
aurbanek@danielcoker.com

Bradley F. Hathaway, MSB # 10203
Campbell DeLong, LLP
923 Washington Avenue
Post Office Box 1856
Greenville, Mississippi 38702-1856
Telephone: (662) 335-6011
bhathaway@campbelldelongllp.com

This the 21st day of July, 2010.

   /s/ Grady L. "Mac" McCool, III
GRADY L. "MAC" McCOOL, III