IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**TERRI PAIGE RILEY**                                                                                                     **PLAINTIFF**

VS.                                                                                    CAUSE NO. 3:09CV674HTW-LRA

**BLUE CROSS & BLUE SHIELD OF
MISSISSIPPI AND THE ELECTRIC
POWER ASSOCIATION OF MISSISSIPPI
GROUP BENEFITS TRUST**                                                                       **DEFENDANTS**

NOTICE OF SERVICE OF
DISCLOSURE UNDER L.U.CIV.R. 26(A)(2)(D) AND
SUPPLEMENTATION OF INITIAL DISCLOSURES

Notice is hereby given that on August 20, 2010, Defendants served its Disclosure Under L.U.Civ.R. 26(A)(2)(D) and Supplementation of Initial Disclosures.

This the 20th day of August, 2010.

                    Respectfully submitted,

                    BLUE CROSS BLUE SHIELD OF MISSISSIPPI,
                    A MUTUAL INSURANCE COMPANY

                    By:   *s/ Cheri D. Green*
                            One of Its Attorneys

OF COUNSEL:
CHERI D. GREEN, BAR NO. 4988
KAREN E. HOWELL, BAR NO. 102243
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101

01045760

                          THE ELECTRIC POWER
                          ASSOCIATIONS OF MISSISSIPPI
                          GROUP BENEFITS TRUST PLAN

                          By:   /s/ Bradley F. Hathaway
                                    One of Its Attorneys

OF COUNSEL:
AMANDA M. URBANEK, MSB #100425
LARRY D. MOFFETT, MSB #3401
DANIEL, COKER, HORTON & BELL, P.A.
265 North Lamar Blvd., Suite R.
Post Office Box 1396
Oxford, Mississippi  38655-1396
Telephone:  (662) 232-8979

BRADLEY HATHAWAY, MSB #10203
CAMPBELL DELONG, LLP
923 Washington Ave.
Post Office Box 1856
Greenville, MS  38702-1856
Telephone:  (662) 335-6011

## CERTIFICATE OF SERVICE

     I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record who are currently on the list to receive e-mail notices for this case.

     This the 20th day of August, 2010.

                                                   s/ Cheri D. Green
                                                 Cheri D. Green