IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TERRI PAIGE RILEY                                                                           PLAINTIFF

V.                                                       CIVIL ACTION NO. 3:09cv674 HTW-LRA

BLUE CROSS & BLUE SHIELD OF MISSISSIPPI
AND THE ELECTRIC POWER ASSOCIATION
OF MISSISSIPPI GROUP BENEFITS TRUST                                            DEFENDANTS

### ENTRY OF APPEARANCE

COMES NOW Timothy M. Peeples, of the law firm of Daniel Coker Horton & Bell, P.A., of Oxford, Mississippi, and enters his appearance as one of the attorneys for defendant, The Electric Power Associations of Mississippi Group Benefits Trust Plan, erroneously named The Electric Power Association of Mississippi Group Benefits Trust in plaintiff's Complaint, in the above-styled and numbered civil action.

                                  Respectfully submitted,

                                  THE ELECTRIC POWER ASSOCIATIONS OF
                                  MISSISSIPPI GROUP BENEFITS TRUST PLAN

                       BY:   /s/ Timothy M. Peeples
                                  OF COUNSEL

TIMOTHY M. PEEPLES - BAR # 100103
tpeeples@danielcoker.com
AMANDA M. URBANEK - BAR # 100425
aurbanek@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
265 N. LAMAR BLVD., SUITE R
POST OFFICE BOX 1396
OXFORD, MISSISSIPPI 38655-1396
(662) 232-8979

# CERTIFICATE

I, hereby certify that on September 21, 2010, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to counsel who have electronically registered with the Court, and I hereby certify that I have mailed by United States Postal Service the document to the non-ECF participants.  The following is a list of all counsel of record or parties regardless whether electronically notified by the Court or sent via United States Postal Service by this Firm:

>Grady L. McCool, III, Esq.
>T.C.G. & McCool, PLLC
>120 North Congress Street, Suite 220
>Jackson, MS 39201
>*Counsel for Plaintiff*
>
>Jeffrey D. Knight, Esq.
>P.O. Box 584
>Jackson, MS 39205
>*Counsel for Plaintiff*
>
>Cheri D. Green, Esq.
>Brunini, Grantham, Grower & Hewes, PLLC
>P. O. Drawer 119
>Jackson, MS 39201
>*Counsel for Blue Cross & Blue Shield of Mississippi*
>
>Bradley F. Hathaway, Esq.
>CAMPBELL DELONG LLP
>923 Washington Ave.
>Post Office Box 1856
>Greenville, MS 38701
>*Co-Counsel for The Electric Power Associations*
>*of Mississippi Group Benefits Trust Plan*

/s/ Timothy M. Peeples