IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**TERRI PAIGE RILEY** **PLAINTIFF**

**V.** **NO. 3:09CV674HTW-LRA**

**BLUE CROSS & BLUE SHIELD OF MISSISSIPPI**
**and THE ELECTRIC POWER ASSOCIATION OF**
**MISSISSIPPI GROUP BENEFITS TRUST** **DEFENDANTS**

**AGREED ORDER REGARDING REDACTION OF ADMINISTRATIVE RECORD**

**THIS CAUSE** is before the Court on the joint motion for entry of an order regarding redaction of the administrative record [Doc. 27], and the Court, having considered said motion and having received the representation that all parties consent to the terms of this order, finds that the Plaintiff has waived any and all objections to the dissemination of her protected health information under the Health Insurance Portability and Accountability Act and, accordingly, orders that the Defendants are expressly authorized to designate and file complete, unredacted medical records and documents containing the Plaintiff's otherwise protected health information, provided that redactions of personal identifying information are made consistent with Rule 5.2 of the *Federal Rules of Civil Procedure*.

**SO ORDERED AND ADJUDGED**, this, the 5th day of October, 2010.

*s/ Grady L. McCool, III*
**Counsel for Plaintiff**

*s/Jeffrey D. Knight*
**Counsel for Plaintiff**

*s/ Cheri D. Green*
**Counsel for Blue Cross & Blue Shield of Mississippi**

Agreed Order.wpd

*s/ Timothy M. Peeples*
**Counsel for The Electric Power Associations of Mississippi Group Benefits Trust Plan**

*s/ Bradley F. Hathaway*
**Counsel for The Electric Power Associations of Mississippi Group Benefits Trust Plan**