IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**TERRI PAIGE RILEY**                                                                    **PLAINTIFF**

**VS.**                                                       **CAUSE NO. 3:09CV674HTW-LRA**

**BLUE CROSS & BLUE SHIELD OF
MISSISSIPPI AND THE ELECTRIC
POWER ASSOCIATION OF MISSISSIPPI
GROUP BENEFITS TRUST**                                                      **DEFENDANTS**

**BLUE CROSS BLUE SHIELD OF MISSISSIPPI,
A MUTUAL INSURANCE COMPANY'S JOINDER IN
THE ELECTRIC POWER ASSOCIATIONS OF MISSISSIPPI GROUP BENEFITS
TRUST PLAN'S MOTION FOR SUMMARY JUDGMENT**

Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company, joins in the Motion

for Summary Judgment filed by The Electric Power Associations of Mississippi Group Benefits

Trust Plan on November 2, 2010 [Docket No. 30 (Motion) and 31 (Memorandum)].

Blue Cross, as Third Party Administrator of the Plan filed its own Motion for Summary

Judgment on February 23, 2010.  [Docket No. 13 (Motion), No. 15 (Memorandum) and No. 20

(Rebuttal)].

Blue Cross does not waive its Summary Judgment Motion based on the legal proposition

that as a Third Party Administrator, not Plan Administrator or Fiduciary,  it is not a proper party

to this ERISA action. In the alternative, Blue Cross adopts the substantive legal arguments

presented by The Electric Power Associations of Mississippi Group Benefits Trust Plan in its

Motion and Memorandum.

ACCORDINGLY, the Plaintiff's Complaint should be dismissed with prejudice as

against Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company.

01084773

This the 2nd day of November, 2010.

Respectfully submitted,

BLUE CROSS BLUE SHIELD OF MISSISSIPPI,
A MUTUAL INSURANCE COMPANY

By:   _s/ Cheri D. Green_
            One of Its Attorneys

OF COUNSEL:
CHERI D. GREEN, BAR NO. 4988
KAREN E. HOWELL, BAR NO. 102243
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street
Post Office Drawer 119
Jackson, Mississippi  39205
Telephone:  (601) 948-3101

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record who are currently on the list to receive e-mail notices for this case.

This the 2nd day of November, 2010.

_s/ Cheri D. Green_
Cheri D. Green

01084773

2