**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**CIVIL JURY/NON-JURY TRIAL CALENDAR
PRETRIAL CONFERENCE SET FOR FEBRUARY 9 OR 10, 2010**

JUDGE HENRY T. WINGATE                              COURTROOM #1  FOURTH FLOOR

The following **CIVIL** cases in the Jackson Division of this District are set for **NON-JURY/JURY TRIAL** before Judge Henry T. Wingate beginning on **February 22, 2011.**  Unless previously excused, all attorneys are directed to report to the pretrial conference (PTC) on the date and time herein assigned.  **At the pretrial conference, a firm trial setting will be given**.

Attorneys will be encouraged to keep in touch with the Courtroom Deputy Clerk during this four-week session to ascertain the trial status of your particular case.  ALL COUNSEL, WITNESSES, AND CLIENTS ARE EXPECTED TO APPEAR IN COURT AND BE READY FOR TRIAL ON THE DAY OF TRIAL.

A **PRETRIAL CONFERENCE/MOTION HEARING** before **CHIEF JUDGE HENRY T. WINGATE** is hereby ordered in all cases on this calendar beginning February 9, 2011, in Jackson, MS.  The time is noted in the 3rd column of page 3 of the calendar.  **In cases where there are outstanding motion(s), counsel will be expected to be prepared to argue those motions before the Court.**

**PLEASE TAKE NOTICE THAT:**  The time for filing dispositive motions has been established by the scheduling order.  No dispositive motion will be considered if filed outside the time set forth in the scheduling order.  All motions in limine should be filed by the date of the Pretrial Conference.

**Instructions Regarding Court Proceedings**:  Counsel for each party should participate in the preparation of a JOINT PRETRIAL ORDER.  The Pretrial Order should be approved by each party through his/her attorney (s) for presentation to the Court at the Pretrial Conference.  **PLEASE NOTE:** *Uniform Local Rule 16.2 Governing Pretrial Conferences and Official Form No. 3, governing the format for all Pretrial Orders.  At the Conference,* counsel is hereby directed to have **settlement authority:** have client present with settlement authority, or have client available by telephone with settlement authority.

Page 2
Judge Wingate's Trial Calendar
Dated: January 11, 2011
_____


Jury instructions should be submitted no later than the Friday prior to trial.  The Court is to be furnished with the original and one (1) copy of each instruction and opposing counsel is to be furnished with one (1) copy of each instruction.  The citation for each instruction should be on a separate page.  *(See local rules regarding jury instructions)* We further require that your jury instructions be transmitted electronically to Chambers in Word Perfect format (wingate_chambers@mssd.uscourts.gov).

Proposed findings of fact and conclusions of law in non-jury cases, original and one copy, must be submitted to the Court at the time of trial. This instrument must bear the style and number of the case.

**On the day of trial**, counsel should furnish the Courtroom Deputy Clerk with the **original and three copies of a separate exhibit list and witness list** . A copy of the exhibit form is attached. <u>**All exhibits are to be pre-marked**</u> (exhibit stickers are to be placed in the center of lower right hand corner on the first page of each exhibit).

Should a party or his/her attorney fail to appear or to comply with the directions set out herein, an ex-parte hearing may be held and a judgment entered or sanctions imposed.

<u>DO NOT ASSUME THAT THE ORDER OF THE CALENDAR WILL BE THE ORDER IN WHICH CASES WILL BE SCHEDULED FOR TRIAL.  A FIRM SETTING WILL BE GIVEN BY JUDGE WINGATE AT THE PRETRIAL CONFERENCE.</u>


                           HON. J. NOBLIN, CLERK


                           <u>s/TWANA SUMMERS</u>
                    BY:  Twana R. Summers,
                         Courtroom Deputy Clerk
                         (601) 965-4042



*Note: Counsel is hereby directed to bring personal calendar to all Court Proceedings for scheduling purposes.*

**NOTICE SETTING: PRETRIAL CONFERENCES/MOTION HEARING:**

**JUDGE HENRY T. WINGATE PRESIDING          COURTROOM #1 FOURTH FLOOR**

**February 9, 2011**

3:09cv674        Riley v. BCBS of Mississippi                      9:00 A.M.
                 **(MOTION HEARING ONLY)**

3:10cv14         Wilson v. Bundy Environmental Tech, Inc. 10:30 A.M.
                 **(MOTION HEARING/STATUS CONFERENCE ONLY)**

4:10cv13         Pugh v. Belk, Inc.                              11:30 A.M.
                 **(PRETRIAL CONFERENCE)**

**\*\* Pretrial Order may be submitted at a later date.**

```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                          JACKSON DIVISION


                                        PLAINTIFF(S)

VS.                                     CIVIL ACTION NO.

                                        DEFENDANT(S)
```

**PLAINTIFF'S EXHIBIT LIST**

| NUMBER | DESCRIPTION | SPONSOR | I.D. | EVID. |
|--------|-------------|---------|------|-------|
| P-1 | GIVE A BRIEF DESCRIPTION | (LEAVE BLANK ----------------) | | |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

                                                **PLAINTIFF(S)**

**VS.**                                          **CIVIL ACTION NO.**

                                                **DEFENDANT(S)**

**PLAINTIFF'S WITNESS LIST**

| NUMBER | NAME |
|--------|------|
| 1.     |      |
| 2.     |      |
| 3.     |      |
| 4.     |      |

```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                          JACKSON DIVISION


                                            PLAINTIFF(S)

VS.                                         CIVIL ACTION NO.

                                            DEFENDANT(S)


                      DEFENDANT'S EXHIBIT LIST


NUMBER      DESCRIPTION               SPONSOR       I.D.      EVID.

D-1         GIVE A BRIEF DESCRIPTION  (LEAVE BLANK ----------------)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**PLAINTIFF(S)**

**VS.** **CIVIL ACTION NO.**

**DEFENDANT(S)**

**DEFENDANT'S WITNESS LIST**

| **NUMBER** | **NAME** |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |