UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**TERRI PAIGE RILEY**                                               **PLAINTIFF**

vs.                                                 Civil Action No. 3:09-cv-674 HTW-LRA

**BLUE CROSS & BLUE SHEILD OF
MISSISSIPPI and THE ELECTRIC
POWER ASSOCIATION OF MISSISSIPPI
GROUP BENEFITS TRUST**                                         **DEFENDANTS**

## FINAL JUDGMENT

Before this court are the following motions: Motion of Blue Cross and Blue Shield of Mississippi, a Mutual Insurance Company, for summary judgment; and Motion of the Electric Power Association of Mississippi Group Benefits Trust Plan for summary judgment. After consideration of the motions, the administrative record, and the memoranda of the parties, the court finds that the motions of the defendants are well taken and should be granted. The Memorandum Opinion and Order as to the Electric Power Association of Mississippi Group Benefits Trust Plan entered by this court on July 21, 2011, is incorporated by reference. The Memorandum Opinion and Order as to Blue Cross and Blue Shield of Mississippi entered by this court on July 21, 2011, is incorporated by reference. For the reasons assigned in the court's two (2) Memorandum Opinions and Orders, the court concludes that judgment should be entered in favor of both defendants and against the plaintiff and that the defendants should be awarded their costs.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the complaint be, and it is hereby DISMISSED WITH PREJUDICE in accordance with this court's two (2) Memorandum Opinions and Orders at the cost of the plaintiff.

IT IS FURTHER ORDERED AND ADJUDGED that the defendants are entitled to recover their taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED, this the 21st day of July, 2011.**

                              **s/ HENRY T. WINGATE**
                              **UNITED STATES DISTRICT JUDGE**

Civil Action No. 3:09-cv-674 HTW-LRA
Final Judgment